# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
## Case No. 3:15-cv-490-RJC-DSC

| | | |
|---|---|---|
| **PACIFIC CHLORIDE INCORPORATED** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **UNIVERSAL PROTECTION SERVICE LLC,** | ) ) ) ) | |
| **Defendant.** | | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice [for Alexander J. Mijalis]" (document #25). For the reasons stated therein, the Motion is <u>granted</u>.

**SO ORDERED**.

Signed: March 20, 2017

_____
David S. Cayer
United States Magistrate Judge